# EXHIBIT C

**Majority Strategies LLC**
PO BOX 679219
Dallas, TX  75267-9219

# Invoice


MAJORITY STRATEGIES
ELECTIONS • ADVOCACY • BRAND

| BILL TO |
| --- |
| Smith Law Group LLP |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 2020-4908 | 01/11/2021 | $68,559.00 | 01/11/2021 | Due on receipt | |

**STRATEGIST**
Brett Buerck

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **Web Advertising**<br>Banner Ads | 1 | 16,737.00 | 16,737.00 |
| **Web Advertising**<br>Site Takeover | 1 | 11,512.00 | 11,512.00 |
| **Web Advertising**<br>Video Ads | 1 | 15,295.00 | 15,295.00 |
| **Video Design Fee**<br>Video Production | 1 | 4,250.00 | 4,250.00 |
| **Other**<br>Project Management | 1 | 15,000.00 | 15,000.00 |
| **Other**<br>Legal and Compliance | 1 | 5,765.00 | 5,765.00 |

BALANCE DUE $68,559.00

Please ACH or Wire funds to:
Texas Capital Bank, N.A. Dallas, TX
Account #: 3111046169 | Routing #: 111017979

Mail checks to:
PO BOX 679219
Dallas, TX 75267-9219

Overnight/Courier Address: Send via FedEx using our account #2135-4351-2
Lockbox Number 679219
1200 E Campbell RD STE 108
Richardson, TX 75081

***Please reference invoice number(s)***