SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
   MAJORITY STRATEGIES, LLC.,　　　　　　　　　　　Index No.: 652785/2023

                                 Plaintiff,
      -against-　　　　　　　　　　　　　　　　　　　　　**NOTICE**
　　　　　　　　　　　　　　　　　　　　　　　　　　**OF ENTRY OF**
   AUSTIN C. SMITH and SMITH LAW GROUP, LLP,　　　**ORDER**

                               Defendants.
-----------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the within is a true copy of an Order of Honorable Louis L. Nock, dated August 23, 2023, and duly entered in the Office of the Clerk of the within name Court on August 25, 2023.

Dated:  August 25, 2023
          New York, New York

                                          Respectfully submitted,
                                          DERREVERE STEVENS BLACK & COZAD

                                          Robert A. Stern, Esq.
                                          *Attorneys for Plaintiff*
                                          270 Madison Avenue, 8th Floor
                                          New York, NY 10016
                                          Phone: (212) 671-8311
                                          Fax: (561) 640-3050
                                          Email: ras@derreverelaw.com
                                                          nynjservice@derreverelaw.com

To:     Austin C. Smith, Esq.
           99 Wall Street, #426
           New York, NY 10005-4301

           Austin C. Smith, Esq.
           c/o of Smith Law Group
           99 Wall Street, #426
           New York, NY 10005-4301

           Austin C. Smith, Esq. via email austin@acsmithlawgroup.com

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: | HON. LOUIS L. NOCK | PART | 38M |
|---|---|---|---|
| | Justice | | |

-----------------------------------------------------------------X

MAJORITY STRATEGIES, LLC,

                                Plaintiff,

                            -v-

AUSTIN C SMITH, SMITH LAW GROUP, LLP

                              Defendant.

-----------------------------------------------------------------X

| INDEX NO. | 652785/2023 |
|---|---|
| MOTION DATE | 08/03/2023 |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 8, 9, 10, 11, 12, 13, 14, 15, 16, 17
were read on this motion to/for                         ALTERNATE SERVICE         .

      Upon the foregoing documents, it is ORDERED that the motion is granted, without opposition, for the reasons set forth in the moving papers (NYSCEF Doc. Nos. 9, 15) and the exhibits attached thereto, in which the court concurs, as summarized herein. The affirmation of plaintiff's counsel offered in support of the motion details plaintiff's efforts to serve defendant Austin C. Smith, and defendants' apparent efforts to evade service. Accordingly, plaintiff has satisfied the requirements of CPLR 308(5) based on plaintiff's showing that other methods of service are impracticable (*Alfred E. Mann Living Tr. v ETIRC Aviation S.a.r.l.*, 78 AD3d 137, 141-42 [1st Dept 2010]), and plaintiff is permitted to serve defendant by email and regular mail as set forth below; and it is further

      ORDERED that the summons and complaint and other commencement documents may be served on defendant Austin C. Smith by email at austin@acsmithlawgroup.com and by regular mail to 99 Wall Street, #426, New York, New York 10005-4301, which the court notes is defendant's attorney address registered with the Office of Court Administration; and it is further

652785/2023   MAJORITY STRATEGIES, LLC vs. SMITH, AUSTIN C ET AL
Motion No. 001

Page 1 of 2

2 of 3

ORDERED that this Order is in no way determinative of the tolling of the statute of limitations or other issues of repose, should such issues arise.

This constitutes the decision and order of the court.

_____8/23/2023_____
DATE

*signature*
LOUIS L. NOCK, J.S.C.

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
| --- | --- | --- | --- |
| | ☒ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

652785/2023   MAJORITY STRATEGIES, LLC vs. SMITH, AUSTIN C ET AL
Motion No. 001
Page 2 of 2

3 of 3