IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **MAJORITY STRATEGIES, LLC,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **AUSTIN C. SMITH and** ) <br> **SMITH LAW GROUP, LLP,** ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:23-cv-07598-AS <br><br> No such memorandum has been filed yet. Plaintiff SHALL file its memorandum of law in support of its motion to remand by September 6, 2023, at 5:00 p.m. SO ORDERED. <br><br> Arun Subramanian, U.S.D.J. <br> Date: September 6, 2023 |

**PLAINTIFF'S NOTICE OF MOTION TO REMAND**

**PLEASE TAKE NOTICE** that upon the Declaration of Robert A. Stern, Esq., dated September 1, 2023, the exhibits annexed thereto, **the Memorandum of Law Support of Plaintiff's Motion to Remand, dated September 1, 2023**, and upon all the pleadings had heretofore, the undersigned will move the United States District Court, Southern District of New York, 500 Pearl Street, Room 2230, New York, NY 10007, on September 27, 2023 at 9:00 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to 28 U.S.C. § 1447(c) remanding the matter styled, *Majority Strategies, LLC v. Austin C. Smith and Smith Law Group, LLP*, commenced in the Supreme Court of the State of New York, County of New York (Index No. 652785/2023), together with such other and further relief that this Court may deem just and proper.

Dated:  September 1, 2023
         New York, New York

                                        Respectfully submitted,
                                        DERREVERE STEVENS BLACK & COZAD

i

                                                               /s/ Robert A. Stern

                                      Robert A. Stern, Esq.
*Attorneys for Plaintiff*
270 Madison Avenue, 8th Floor
New York, NY 10016
Phone: (212) 671-8311
Fax: (561) 640-3050
Email: ras@derreverelaw.com
nynjservice@derreverelaw.com

To:    Michael B. Wolk, Esq.
Law Offices of Michael B. Wolk, P.C.
155 East 55th Street, Suite 300B
New York, New York 10022
Tel: 917-238-0576
Fax: 973-535-1148
Email: michael.wolk@wolkgroup.com