UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAJORITY STRATEGIES, LLC,

                Plaintiff,

    -against-

AUSTIN C. SMITH, et al.,

                Defendants.

23-cv-7598 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    On September 6, 2023, Plaintiff filed its brief in support of its motion to remand to state court. Defendants' opposition brief is due by **September 20, 2023**, at 5:00 p.m. Plaintiff's reply brief is due by **September 27, 2023**, at 5:00 p.m.

    SO ORDERED.

Dated: September 6, 2023
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge